# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| **IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates To:<br><br>*Eric Wolf v. 3M Company, et al.*<br><br>Case No.7:21-cv-58495-MCR-HTC | **CASE NO.** 3:19-MD-2885<br><br>**Hon. Judge M. Casey Rodgers**<br>**Magistrate Judge Hope Cannon** |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the claims of the Plaintiff(s) in the above captioned case are hereby dismissed with prejudice against all Defendants, each party to bear its own costs.

Respectfully submitted,

Dated: 6/4/2024

**PLAINTIFF COUNSEL**

*/s/* Jennifer Hoekstra

*Counsel for Plaintiff,*
*Aylstock, Witkin, Kreis & Overholtz, PLLC*

Dated: 6/4/2024

**DEFENDANTS' COUNSEL**

*/s/ Charles F. Beall, Jr.*
*Larry Hill*
*Florida Bar No. 173908*
*lhill@mhw-law.com*
*Charles F. Beall, Jr.*
*Florida Bar No. 66494*
*cbeall@mhw-law.com*
*MOORE, HILL &*
*WESTMORELAND, P.A.*
*350 West Cedar Street*
*Maritime Place, Suite 100*
*Pensacola FL 32502*
*Telephone: (850) 434-3541*

*Counsel for Defendants, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

## **CERTIFICATION OF SIGNATURES**

I HEREBY CERTIFY that each of the signatories of this notice have expressly agreed to the form and substance of the document and has authorized the filing attorney to submit the document electronically.

*/s/* Jennifer Hoekstra

*Counsel for Plaintiff,*
*Aylstock, Witkin, Kreis & Overholtz, PLLC*

**CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Florida, I hereby certify that on 6/4/2024, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e- mail to all registered counsel of record.

> */s/ Charles F. Beall, Jr.*
> *Larry Hill*
> *Florida Bar No. 173908*
> *lhill@mhw-law.com*
> *Charles F. Beall, Jr.*
> *Florida Bar No. 66494*
> *cbeall@mhw-law.com*
> *MOORE, HILL & WESTMORELAND, P.A.*
> *350 West Cedar Street*
> *Maritime Place, Suite 100*
> *Pensacola FL 32502*
> *Telephone: (850) 434-3541*
>
> *Counsel for Defendants, 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*